**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Preston Louis Kucsan                          CHAPTER 13
              Debtor(s)

BKY. NO. 23-11609 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of SOVEREIGN BANK and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
02 Jun 2023, 16:47:46, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: c010133895b4a3f136086b970e63988aaaa087b6de7eb2c81564be39c9d25338