Certificate Number: 17082-PAE-DE-037523080

Bankruptcy Case Number: 23-11609



17082-PAE-DE-037523080

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2023, at 9:11 o'clock AM MST, PRESTON L KUCSAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 19, 2023            By:    /s/Boglarka Brown

                                Name:  Boglarka Brown

                                Title: Certified Credit Counselor