Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11609-PMM**

Preston Louis Kucsan  
3336 Barklay Rd  
Whitehall  PA    18052

Petition Filed Date: 05/31/2023  
341 Hearing Date: 08/22/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/06/2023 | $920.00 | 3505145 | | | | | | |

**Total Receipts for the Period: $920.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $920.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Secured Creditors | $386.58 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $7,850.87 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $3,260.84 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $9,915.14 | $0.00 | $0.00 |
| 5 | PHFA/HEMAP »» 004 | Secured Creditors | $600.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $872.71 | $0.00 | $0.00 |
| 7 | CITIBANK NA »» 006 | Unsecured Creditors | $1,016.59 | $0.00 | $0.00 |
| 8 | WHITEHALL TOWNSHIP »» 007 | Secured Creditors | $1,536.07 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $124.14 | $0.00 | $0.00 |
| 10 | ALLY FINANCIAL »» 009 | Secured Creditors | $8.49 | $0.00 | $0.00 |
| 11 | SELECT PORTFOLIO SERVICING INC »» 010 | Mortgage Arrears | $44,595.99 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11609-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $920.00 | Current Monthly Payment: | $920.00 |
| Paid to Claims: | $0.00 | Arrearages: | $920.00 |
| Paid to Trustee: | $82.80 | Total Plan Base: | $55,200.00 |
| Funds on Hand: | $837.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.