UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| PRESTON LOUIS KUCSAN : | |
| : | BANKRUPTCY NO. 23-11609-PMM |
| Debtor : | |
| : | |
| PENNSYLVANIA HOUSING FINANCE : | |
| AGENCY HOMEOWNER'S EMERGECNY : | |
| MORTGAGE ASSISTANCE PROGRAM : | RELATED TO DOCUMENT NO. 15 |
| : | |
| : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| PRESTON LOUIS KUCSAN : | |
| AND SCOTT F. WATERMAN : | |
| Respondents : | |

## WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program by its attorneys and hereby withdraws the Objections to Chapter 13 Plan, heretofore filed on June 29, 2023 to Docket No. 15, in the above case.

PURCELL, KRUG & HALLER

By: /s/Katie M. Housman
Katie M. Housman, Esquire
1719 North Front Street
Harrisburg, PA 17102-2392
Dated: November 3, 2023       (717)234-4178 ID # 331942
Attorney for Pennsylvania Housing
Finance Agency Homeowners'
Emergency Assistance Program

## **CERTIFICATE OF SERVICE**

I, Katie M. Housman, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Chapter 13 Plan  was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on November 3 2023, addressed as follows:

PRESTON LOUIS KUCSAN
3336 BARKLAY ROAD
WHITEHALL, PA 18052

U.S. Trustee
Via E-Mail:  ECF/CM

Charles Laputka, Esquire
Via E-Mail:  ECF/CM

Scott F. Waterman, Trustee
Via E-Mail:  ECF/CM


/s/Katie M. Housman_____
Katie M. Housman


Dated: November 3, 2023