United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11609-pmm |
| Preston Louis Kucsan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 21, 2023 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Preston Louis Kucsan, 3336 Barklay Rd, Whitehall, PA 18052-3514 |
| 14786704 | + | Gail Kucsan, 3336 Barklay Rd, Whitehall, PA 18052-3514 |
| 14793490 | + | HEMAP Pennsylvania Housing Finance Agency, C/O Katie M. Housman, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14788035 | + | SOVEREIGN BANK, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14804427 | + | Whitehall Township, C/O James R. Wood, 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14804185 | + | Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14804184 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14786710 | + | Whitehall Township, c/o Portnoff Law Associates LTD, PO Box 391, Norristown, PA 19404-0391 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14790118 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:24:25 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14805421 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:24:36 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14786699 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 00:11:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14786700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:41 | BestBuy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14786701 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:24:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14798264 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 00:24:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14803790 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14786702 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 00:12:00 | Comenity Capital/Boscovs, PO box 182120, Columbus, OH 43218-2120 |
| 14786703 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:11:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14791199 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14805874 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 22 2023 00:12:00 | FirstKey Master Funding 2021 at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14786705 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2023 00:12:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14786706 | ^ MEBN | | Dec 22 2023 00:08:48 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14786707 | + Email/Text: blegal@phfa.org | | Dec 22 2023 00:12:00 | PHFA-HEMAP, 211 N Front St, Harrisburg, PA 17101-1466 |
| 14787078 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Dec 22 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14793223 | + Email/Text: blegal@phfa.org | | Dec 22 2023 00:12:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14794181 | + Email/Text: blegal@phfa.org | | Dec 22 2023 00:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14804338 | Email/Text: bnc-quantum@quantum3group.com | | Dec 22 2023 00:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14786708 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Dec 22 2023 00:12:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14786709 | + Email/Text: kmattingly@bankofmissouri.com | | Dec 22 2023 00:12:00 | TBOM/Milestone, 216 W 2nd ST, Dixon, MO 65459-8048 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Preston Louis Kucsan claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor SOVEREIGN BANK mfarrington@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 21, 2023 | Form ID: 155 | Total Noticed: 28

MICHELLE L. MCGOWAN
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Preston Louis Kucsan
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−11609−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

31
Form 155