**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Preston Louis Kucsan aka Preston L. Kucsan<br>Debtor(s) | CHAPTER 13 |
| FirstKey Master Funding 2021-A Collateral Trust<br>Movant<br>vs. | NO. 23-11609 PMM |
| Preston Louis Kucsan aka Preston L. Kucsan<br>Debtor(s) | |
| Gail T. Kucsan<br>Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman<br>Trustee | |

**ORDER**

AND NOW, this __7th__ day of __May__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge