Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-11609-PMM**

Preston Louis Kucsan  
3336 Barklay Rd  
Whitehall  PA    18052

Petition Filed Date: 05/31/2023  
341 Hearing Date: 08/22/2023  
Confirmation Date: 12/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/22/2023 | $920.00 | 3645529 | 12/01/2023 | $975.00 | 3645643 | 01/03/2024 | $975.00 | 3645706 |
| 02/08/2024 | $925.00 | 3764794 | 03/27/2024 | $920.00 | 3764904 | 06/20/2024 | $300.00 | 3890309 |

**Total Receipts for the Period: $5,015.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,935.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  001 | Secured Creditors | $459.58 | $16.79 | $442.79 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $7,850.87 | $0.00 | $7,850.87 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  03P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  03U | Unsecured Creditors | $8,536.49 | $0.00 | $8,536.49 |
| 5 | PHFA/HEMAP<br>»»  004 | Mortgage Arrears | $600.00 | $21.91 | $578.09 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»»  005 | Unsecured Creditors | $872.71 | $0.00 | $872.71 |
| 7 | CITIBANK NA<br>»»  006 | Unsecured Creditors | $1,016.59 | $0.00 | $1,016.59 |
| 8 | WHITEHALL TOWNSHIP<br>»»  007 | Secured Creditors | $1,536.07 | $83.05 | $1,453.02 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  008 | Unsecured Creditors | $124.14 | $0.00 | $124.14 |
| 10 | ALLY BANK<br>»»  009 | Secured Creditors | $8.49 | $0.00 | $8.49 |
| 11 | SELECT PORTFOLIO SERVICING INC<br>»»  010 | Mortgage Arrears | $44,595.99 | $2,666.20 | $41,929.79 |
| 12 | TBOM/MILESTONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11609-PMM**

| SUMMARY | |
|---|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,935.00 | Current Monthly Payment: | $972.00 |
| Paid to Claims: | $5,325.95 | Arrearages: | $4,653.00 |
| Paid to Trustee: | $575.10 | Total Plan Base: | $55,300.00 |
| Funds on Hand: | $33.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.