United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                               Case No. 23-11609-pmm

Preston Louis Kucsan                                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                         User: admin                                           Page 1 of 3

Date Rcvd: Sep 19, 2024                               Form ID: pdf900                                  Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Preston Louis Kucsan, 3336 Barklay Rd, Whitehall, PA 18052-3514 |
| 14902871 | | Ally Bank, C/O AIS Portfolio Services, LLC, Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14786704 | + | Gail Kucsan, 3336 Barklay Rd, Whitehall, PA 18052-3514 |
| 14793490 | + | HEMAP Pennsylvania Housing Finance Agency, C/O Katie M. Housman, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14788035 | + | SOVEREIGN BANK, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14804427 | + | Whitehall Township, C/O James R. Wood, 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14804185 | + | Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14804184 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14786710 | + | Whitehall Township, c/o Portnoff Law Associates LTD, PO Box 391, Norristown, PA 19404-0391 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 19 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 23:58:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14790118 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:06:35 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14805421 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:20:05 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14786699 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 19 2024 23:57:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14786700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:06:21 | BestBuy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14786701 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:19:12 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14798264 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:30:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14803790 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:18:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14786702 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Capital/Boscovs, PO box 182120, Columbus, OH 43218-2120 |

Case 23-11609-pmm   Doc 50   Filed 09/21/24   Entered 09/22/24 00:36:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14786703 | | Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14791199 | | Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14805874 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 23:59:00 | FirstKey Master Funding 2021 at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14909603 | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 23:58:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14910194 | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 23:58:00 | FirstKey Master Funding 2021-A Collateral Trust, C/O Robert Shearer, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| 14786705 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2024 23:58:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14786706 | ^ | MEBN | Sep 19 2024 23:55:32 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14786707 | + | Email/Text: blegal@phfa.org | Sep 19 2024 23:59:00 | PHFA-HEMAP, 211 N Front St, Harrisburg, PA 17101-1466 |
| 14787078 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14793223 | + | Email/Text: blegal@phfa.org | Sep 19 2024 23:59:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14794181 | + | Email/Text: blegal@phfa.org | Sep 19 2024 23:59:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14804338 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14786708 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 23:59:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14786709 | + | Email/Text: jcissell@bankofmissouri.com | Sep 19 2024 23:58:00 | TBOM/Milestone, 216 W 2nd ST, Dixon, MO 65459-8048 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | *+ | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Preston Louis Kucsan claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor SOVEREIGN BANK bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Preston Louis Kucsan<br><br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 23-11609-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 19, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE